USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

KENNETH RUDGE,

                           Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

    On November 22, 2019, defendant filed a "Motion to Withdraw Guilty Plea" (Doc. # 408.)

    The Government is ordered to respond to the defendant's motion by February 20, 2020.

    Any reply shall be filed by March 20, 2020.

    SO ORDERED.

Dated: New York, New York
         January 30, 2020

                                                  KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE