| | |
|---|---|
| **KELLEY J. SHARKEY** | **GEORGE GOLTZER** |
| Attorney at Law | YING STAFFORD |
| 26 Court Street - Suite 2805 | Attorneys at Law |
| Brooklyn, New York 11242 | 152 West 57th Street. 8th fl. |
| Tel: (718) 858-8843 | N.Y., N.Y. 10019 |
| Fax: (718) 875-0053 | 917-553-6704 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/20

February 27, 2018

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re.: <u>United States</u> v <u>Kenneth Rudge</u> 16 CR 311 (KMW)

Dear Judge Wood:

I write on behalf of myself and co counsel George Goltzer. We have been contacted by AUSA Andrew Adams concerning Mr. Rudge's pro se motion to withdraw his plea. We are not in a position to respond to AUSA Adams inquiry without a waiver of privilege from Mr. Rudge. We respectfully request guidance from the Court on how this matter should proceed. Thank you.

Respectfully,

/S/
Kelley J. Sharkey

cc: AUSA Andrew Adams
    George Goltzer
    Ying Stafford

*Defense counsel are required to respond to Mr. Rudge's pro se motion to withdraw his guilty plea, by March 5, 2020. No formal waiver of privilege is required. Mr. Rudge's motion alleges ineffective assistance of counsel, which waives his attorney-client privilege.*

2-20-20
SO ORDERED, N.Y., N.Y.

Kimba M. Wood
**KIMBA M. WOOD**
U.S.D.J.