```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA        :

    -v.-                                              :          [~~Proposed~~] KMW ORDER

KENNETH RUDGE,                            :          16 Cr. 211 (KMW)

               Defendant.           :
-----------------------------------------------------X

        Upon the application of Andrew G. Patel, Esq., counsel for KENNETH RUDGE [Reg. No. 77626-054] and with the consent Assistant United States Attorney Andrew Adams and upon the record of proceedings in this matter to date, including the submission filed by Kenneth Rudge, it is hereby

        ORDERED, pursuant to Title 18, United States Code, Section 4241 *el seq.*, that if necessary, the defendant KENNETH RUDGE be designated to a suitable Bureau of Prisons ("BOP") facility so that a psychological evaluation of the defendant be performed to assist the Court in determining whether the defendant is competent to have entered a guilty plea and otherwise proceed in this matter; and it is further

        ORDERED that the BOP complete the evaluation of the defendant KENNETH RUDGE as soon as possible and within 30 days of the defendant's designation to a suitable BOP facility; and it is further

        ORDERED that, in connection with its evaluation, the BOP shall be provided with copies of any psychological reports regarding the defendant prepared by any psychologist, neuropsychologist or psychiatrist who evaluated the defendant at the request of defense counsel in this matter, including, but not limited to, any such reports issued by Dr. Leo J. Shea III, Ph.D; and it is further

        ORDERED that, as soon as possible following the conclusion of its psychological evaluation, the BOP submit to the Court and the parties a report regarding the results of its evaluation of the defendant, addressing whether the defendant was competent to have entered a guilty plea and otherwise proceed in this matter.

        The Court hereby recommends that the suitable BOP facility to which the defendant KENNETH RUDGE is designated for purposes of the evaluation be USP

Pollock in Pollock, Louisiana, where KENNETH RUDGE is currently housed if USP Pollack has the staff to complete such an evaluation.

Dated: New York, New York
June 29, 2021

*Kimba M. Wood*
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York