```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

KENNETH RUDGE,

                     Petitioner,    20-CV-3996 (KMW)

-against-    16-CR-311 (KMW)

UNITED STATES OF AMERICA,    **ORDER**

                     Respondent.

--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Defense counsel shall submit an update to this Court by September 23, 2021 regarding the status of compliance with the Court's June 29, 2021 Order.  (No. 16-CR-311, ECF No. 486.) The Court also requests that the Bureau of Prisons provide an update to this Court by September 30, 2021 regarding the status of the course of conduct outlined in the June 29, 2021 Order.  (*Id.*)

      SO ORDERED.

Dated:  New York, New York
        September 16, 2021         */s/ Kimba M. Wood*
                                               KIMBA M. WOOD
                                      United States District Judge