UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/22/2021__
```

---------------------------------------------------------X

KENNETH RUDGE,

                              Petitioner,                      20-CV-3996 (KMW)

        -against-                               16-CR-311 (KMW)

UNITED STATES OF AMERICA,                 **ORDER**

                            Respondent.

---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On April 30, 2021, the Court appointed counsel for Mr. Rudge and set a consolidated briefing for the issues raised in Mr. Rudge's three *pro se* submissions that are pending before the Court.  (ECF No. 476.)  Defense counsel requested on June 27, 2021 that the briefing schedule for the issues raised in those submissions be postponed until after the Bureau of Prisons completed a psychological evaluation of Mr. Rudge and filed a report with this Court pursuant to 18 U.S.C. § 4241(b).  (ECF No. 485.)  That report has now been completed and submitted to the Court and to counsel in this case.

The schedule for briefing on the remaining issues raised in Mr. Rudge's submissions is revised as follows.  By February 2, 2022, Mr. Rudge may, through counsel, file a consolidated memorandum of law in support of his section 2255 habeas petition, covering all of his factual allegations and legal arguments.  The Government may file a supplemental response by February 16, 2022.  If Mr. Rudge wishes to file a reply, he must do so by March 2, 2022.

SO ORDERED.

Dated: New York, New York
      December 22, 2021                _____*/s/ Kimba M. Wood*_____
                                      KIMBA M. WOOD
                             United States District Judge