**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/6/2022
```

**By ECF**

May 31, 2022

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: U.S. v. Kenneth Rudge
        16 Cr. 311 (KMW)

Dear Judge Wood:
         **MEMO ENDORSED**

  I was appointed to represent Mr. Rudge on April 20, 2021, pursuant to the Criminal Justice Act. <u>This letter is respectfully submitted to request that I be permitted to submit interim vouchers in accordance with the CJA plan of the Southern District of New York.</u>

**Granted.
KMW**

       Respectfully submitted,

        /s/Andrew Patel
       Andrew G. Patel

**SO ORDERED.**

**Dated: New York, N.Y.**    */s/ Kimba M. Wood*
   **June 6, 2022**     **KIMBA M. WOOD**
          **United States District Judge**